# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNULFO SERRANO, | CASE NO. |
| Plaintiff, | 2:24-cv-00412-DJC-KJN |
| -vs- | **ORDER TO DISMISS** |
| CONTINENTAL CREDIT CONTROL, INC., | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).   Each party shall bear their own costs and attorneys' fees.

Dated this 14the day of November 2024.


_____

THE HONORABLE DANIEL J. CALABRETTA

UNITED STATES DISTRICT JUDGE